| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Stephen L. Burton 113748**<br>**16133 Ventura Boulevard, 7th Floor**<br>**Encino, CA 91436**<br>**Telephone: 818 501-5055 Fax: 818 501-5849**<br>**California State Bar Number: 113748 CA**<br>steveburtonlaw@aol.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Norman Keith Monteau**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __11.02.2018__

*Norman Monteau*
Digitally signed by Norman Monteau
DN: cn=Norman Monteau,
o=American International
Gemologists, ou,
email=norman@aiglabs.com, c=US
Date: 2018.11.05 12:45:33 -08'00'

Signature of Debtor

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __11-02-2018__

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**