Norman Keith Monteau
2715 Edgeview Court
Newbury Park, CA 91320


Stephen L. Burton
Stephen L. Burton
16133 Ventura Boulevard, 7th Floor
Encino, CA 91436


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899


BAYVIEW LOAN SERVICING
P.O. BOX 650091
Dallas, TX 75265-0091


Cap1/bstby


Capital One
15000 Capital One Dr
Richmond, VA 23238


CHAD HAGGAR
C/O KRAMER, MADNICK, LLP
16133 VENTURA BLVD, SUITE 585
Encino, CA 91436-2405

COUNTRYWIDE
P.O. BOX 10219
Van Nuys, CA 91410


Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


Frd Motor Cr
Po Box Box 542000
Omaha, NE 68154


LYNN OAKS ESTATES, HOA
2715-A EDGEVIEW COURT
Newbury Park, CA 91320


Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804


Mufg Union Bank N.a.
400 Californiast 12th Fl
San Francisco, CA 94104


Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


SPECIAL PROCEDURES
P.O. BOX 7346
Philadelphia, PA 19101-7346

```
Syncb/jcp
Po Box 965007
Orlando, FL 32896

Webbank/dfs
1 Dell Way
Round Rock, TX 78682
```