United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 18-12033-DS
Norman Keith Monteau                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-9          User: jmcnabbC          Page 1 of 1          Date Rcvd: Dec 07, 2018
                              Form ID: ccdn          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db              +Norman Keith Monteau,    2715 Edgeview Court,    Newbury Park, CA 91320-3883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Stephen L Burton    on behalf of Debtor Norman Keith Monteau steveburtonlaw@aol.com,
               ellie.burtonlaw@gmail.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
                                                                                             TOTAL: 2

| | **United States Bankruptcy Court** <br> **Central District of California** |
|---|---|
| In re: <br> Norman Keith Monteau | CHAPTER NO.: 7 |
| | CASE NO.: 9:18–bk–12033–DS |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (LBR Form 1015–2) [Information required by LBR 1015–2]
☒ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090–1 (LBR F2090–1.1) Court Manual, section 2.1]
☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]
☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

**B.** Statement of Intention for Individuals Filing Under Chapter 7 (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form 108)

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

    Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>December 7, 2018</u>                                    For the Court
                                                                               **Kathleen J. Campbell**
                                                                               Clerk of Court

(Form ccdn – Rev 01/2018)                                                                                                                           **1 /**