| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Stephen L. Burton 113748<br>16133 Ventura Boulevard, 7th Floor<br>Encino, CA 91436<br>Telephone: 818 501-5055  Fax:  818 501-5849<br>113748 CA<br>steveburtonlaw@aol.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Norman Keith Monteau<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☒ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  11.02.2018     Norman Keith Monteau     *Norman Monteau* (Digitally signed by Norman Monteau, DN: cn=Norman Monteau, o=American International Group/Ologists, ou, email=norman@aiglabs.com, c=US, Date: 2018.11.05 12:48:00 -08'00')
                     Printed name of Debtor 1    Signature of Debtor 1